**GIBBONS P.C.**
H. John Schank, II
One Gateway Center
Newark, New Jersey  07102-5310
(973) 596-4500
*Attorneys for Defendants*
*Behringer USA, Inc., Behringer Holdings (PTE) Ltd.,*
*Behringer Spezielle Studiotechnik GmbH, and Red Chip Company Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PEAVEY ELECTRONICS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BEHRINGER INTERNATIONAL GmbH, et al.,<br><br>Defendants. | Civil Action No.:  2:09-cv-00918(JLL)(CCC)<br><br>**ORDER GRANTING THE ADMISSION**<br>**OF JOSEPH D. COHEN *PRO HAC VICE*** |

This matter coming before the Court on the application of Gibbons P.C., counsel for

Defendants, Behringer USA, Inc., Behringer Holdings (PTE) Ltd., Behringer Spezielle

Studiotechnik GmbH, and Red Chip Company Ltd. ("Behringer"), seeking permission for Joseph

D. Cohen of the firm of Stoel Rives LLP, to appear *pro hac vice* in the within cause, and the

Court having considered the Declaration of Joseph D. Cohen, Esq., and Declaration of H. John

Schank, II, Esq., in support thereof, and with the consent of all counsel of record, and for good

cause shown,

IT IS on this 8ᵗʰ day of October , 2009,

**ORDERED** that the application is granted, and Joseph D. Cohen is admitted to practice

*pro hac vice* before this Court pursuant to L. Civ. R. 101.1(c), for all purposes and in all

proceedings connected with this litigation; and it is further

**ORDERED** that Joseph D. Cohen shall make payment to the New Jersey Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Joseph D. Cohen shall be bound by the Local Civil Rules for the United States District Court for the District of New Jersey; and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Fund for Client Protection; and it is further

**ORDERED** that all pleadings, briefs and other papers filed in this Court on behalf of the Defendants shall be signed by an attorney-at-law of this Court with the law firm of Gibbons P.C., who shall be responsible for them and for the conduct of the cause and shall supervise the conduct of Joseph D. Cohen of the law firm of Stoel Rives, LLP.

*s/Claire C. Cecchi*

Hon. Claire C. Cecchi, U.S.M.J.